UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
__Pine Bluff_____ DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 03 2019

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK



__Johnathan Smith_____

_____

_____
(Name of plaintiff or plaintiffs)

v.

__Riceland Foods_____

_____
(Name of defendant or defendants)

CIVIL ACTION NO. __5:19-cv-317-KGB__
(case number to be supplied by the assignment clerk)

This case assigned to District Judge __Baker__
and to Magistrate Judge __Volpe__

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1.  This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2.  Plaintiff, __Johnathan Smith_____, is a
                 (name of plaintiff)
citizen of the United States and resides at __6709 Oden Drive__,
                                              (street address)
__Pine Bluff__, __Jefferson__, __Arkansas__, __71603__,
  (city)          (county)        (state)       (ZIP)
__870-329-9650__.
  (telephone)

3.  Defendant, __Riceland Foods_____, lives at, or its
                (name of defendant)
business is located at __401 S Grand Ave__, __Stuttgart__,
                         (street address)      (city)
__Arkansas__, __AR__, __72160__.
 (county)     (state)    (ZIP)

4.  Plaintiff sought employment from the defendant or was employed by the

defendant at __404 S Grand Ave_____, __Stuttgart_____,
                   (street address)                              (city)
__Arkansas_____, __Arkansas_____, __72160_____.
   (county)              (state)                  (ZIP)

5.   Defendant discriminated against plaintiff in the manner indicated in paragraphs 9 and 10 of the complaint on or about __Nov -Jan__   __Nov 1 to Jan 31__   __2018-2019__.
                                          (month)              (day)              (year)

6.   Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraphs 9 and 10 of this complaint on or about __Jan-Feb__   __Jan 1 to Mar 30__   __2019__.
                                          (month)              (day)              (year)

7.   The Equal Employment Opportunity Commission issued a Notice of Right to Sue which was received by plaintiff on __07__   __11__   __2019__, a copy of which notice
                                   (month) (day)  (year)
is attached to this complaint.

8.   Because of plaintiff's (1) _____ race, (2) __✓__ color, (3)_____ sex, (4) _____ religion, (5) _____ national origin, defendant:

   (a) _____ failed to employ plaintiff.

   (b) _____ terminated plaintiff's employment.

   (c) __✓__ failed to promote plaintiff.

   (d) _____

_____
_____
_____

9.   The circumstances under which the defendant discriminated against plaintiff were

as follows: I Johnathan Smith <del>had</del> had applied for a maintence job and recieved an interview, but was not given the job because of my race, and a white man was given the job over me with no experience, I went to Rice land HR with the matter and was told that the matter would be looked into, few days later, I could train for the position but will not be given the pay for the position, which has never happen within company, so I refused not to due to equal pay act, then I was told by supervisor we just dun't want to hire you for job I asked why and was told I don't have to answer your questions.

10. The acts set forth in paragraph 9 of this complaint:

    (a) _____ are still being committed by defendant.

    (b) _____ are no longer being committed by defendant.

    (c) ✓ may still be being committed by defendant.

11. Plaintiff attaches to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission which charges are submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, plaintiff prays that the Court grant the following relief to the plaintiff:

    (a) _____ Defendant be directed to employ plaintiff, and

    (b) _____ Defendant be directed to re-employ plaintiff, and

    (c) _____ Defendant be directed to promote plaintiff, and

    (d) ✓ Defendant be directed to <del>pay plaint</del> Pay Plaintff for loss wages and pain and suffering

and that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

                                                          _____
                                                          SIGNATURE OF PLAINTIFF

EEOC Form 161 (11/16)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: Johnathan M. Smith
6209 Oden Drive
Pine Bluff, AR 71603

From: Little Rock Area Office
820 Louisiana
Suite 200
Little Rock, AR 72201

[ ]   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 493-2019-00615 | Ivonne A. Knutson, Investigator | (501) 324-5469 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

JUL 1 1 2019

Enclosures(s)

William A. Cash, Jr.,
Area Office Director

(Date Mailed)

cc: Amber Bagley
Cross, Gunter, Witherspoon & Galchus
500 President Clinton Avenue
Suite 200
Little Rock, AR 72201

INFORMATION RELATED TO FILING SUIT
UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months** of this Notice. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Little Rock Area Office**

820 Louisiana St., Suite 200
Little Rock, AR 72201
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
FAX (501) 324-5991
Website: www.eeoc.gov

Johnathan M. Smith
6209 Oden Drive
Pine Bluff, AR 71603

Re:  Johnathan M. Smith v. Riceland Foods
     EEOC Charge No: 493-2019-00615

Dear Mr. Smith,

The enclosed Notice terminates the processing of your charge and gives notice of your right to sue within 90 days. A copy of the Respondent's position statement was sent to you via the portal. After receiving your response, all evidence collected during the investigation was thoroughly reviewed.

**Complaint**

You alleged that you were denied a promotion because of your race(black).

**Evidence**

The evidence shows that:

- The evidence is insufficient to show that race was a factor in non-selection for the position.
- A second position was open on a different shift.
- You were offered the opportunity to gain experience for the position but did not participate.

No further action will be taken by this office regarding your charge of discrimination. The Director's determination in this matter is enclosed. This determination concludes the processing of the charge by the EEOC but does not affect your right to sue on your own behalf. You may pursue the matter by filing in Federal District Court as explained in the Dismissal and Notice of Rights,

Sincerely,

*Ivonne Knutson*
Ivonne Knutson
Investigator

JUL 1 1 2019
_____
Date

cc.