# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**JOHNATHAN SMITH**                                                                                          **PLAINTIFF**

**v.**                                       **Case No. 5:19-cv-00317-LPR**

**RICELAND FOODS**                                                                                           **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 13th day of May, 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE